**Opinion issued December 19, 2023**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-23-00132-CV

_____

**RACHEL LEWIS, Appellant**

**V.**

**RGRAU PROPERTIES, LLC, Appellee**

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Case No. 1197320**

---

## MEMORANDUM OPINION

Appellant's brief was due to be filed on September 5, 2023. On September 22, 2023, the Court issued a notice that the appeal might be dismissed unless appellant filed a brief or a motion for extension within 10 days of the date of the notice. Appellant did not respond or file a brief or motion for extension.

Accordingly, we dismiss the appeal for want of prosecution.  *See* TEX. R.

APP. P. 42.3.  Any pending motions are dismissed as moot.

## PER CURIAM

Panel consists of Justices Kelly, Hightower, and Guerra.